UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
-----------------------------------------------------X
BENJAMIN MICHAEL MERRYMAN;
ET AL.,

                            Plaintiff(s),

    -against-

CITIGROUP, INC., ET AL.,

                           Defendant(s).
-----------------------------------------------------X

Civil Action No. 15-5129

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           s.s :
COUNTY OF NEW YORK  )

      BOBBY ALI, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 3rd day of June, 2015, at approximately 3:29 p.m., deponent served a true copy of the **Summons in a Civil Action and Class Action Complaint** upon Citigroup Global Markets, Inc. at 388 Greenwich Street, New York, New York 10013 by personally delivering and leaving the same with Larry U. Hines, Vice President, Office of General Counsel, who is authorized by law to accept service.

      Larry U. Hines is a black male, approximately 40-50 years of age, is approximately 5 feet, 8-11 inches tall, weighs approximately 161-200 pounds, with long black hair and dark eyes and was wearing glasses.

Sworn to before me this
9th day of June, 2015

BOBBY ALI #871612

NOTARY PUBLIC, STATE OF NEW YORK
MICHAEL J. KEATING
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2018