IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| BENJAMIN MICHAEL MERRYMAN, AMY WHITAKER MERRYMAN TRUST, BENJAMIN MICHAEL MERRYMAN TRUST, AND B MERRYMAN AND A MERRYMAN 4TH GENERATION REMAINDER TRUST, individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.   Case No. 5:15-cv-05129-TLB | |
| CITIGROUP, INC., CITIBANK, N.A., and CITIGROUP GLOBAL MARKETS INC. | DEFENDANTS |

## NOTICE OF APPEARANCE

Rachel Penski Fissell of Milbank, Tweed, Hadley & McCloy LLP hereby enters her appearance on behalf of Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc. and certifies that she is permitted to appear and participate in this case under Local Rule 83.5(d).

MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York  10005-1413
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
rfissell@milbank.com


By: /s/ Rachel Penski Fissell
    Rachel Penski Fissell

*Attorneys for Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 9, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Amy C. Martin, Esq.
amy@everettfirm.com

/s/ Rachel Penski Fissell
Rachel Penski Fissell