IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| BENJAMIN MICHAEL MERRYMAN, AMY WHITAKER MERRYMAN TRUST, BENJAMIN MICHAEL MERRYMAN TRUST, AND B MERRYMAN AND A MERRYMAN 4TH GENERATION REMAINDER TRUST, individually and on behalf of all others similarly situated | PLAINTIFFS |
| v.  Case No. 5:15-cv-05129-TLB | |
| CITIGROUP, INC., CITIBANK, N.A., and CITIGROUP GLOBAL MARKETS INC. | DEFENDANTS |

## NOTICE OF APPEARANCE

Daniel M. Perry of Milbank, Tweed, Hadley & McCloy LLP hereby enters his appearance on behalf of Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc. and certifies that he is permitted to appear and participate in this case under Local Rule 83.5(d).

MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York  10005-1413
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
dperry@milbank.com


By: /s/ Daniel M. Perry
        Daniel M. Perry

*Attorneys for Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Amy C. Martin, Esq.
amy@everettfirm.com

/s/ Daniel M. Perry
Daniel M. Perry