IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BENJAMIN MICHAEL MERRYMAN, AMY
WHITAKER MERRYMAN TRUST,
BENJAMIN MICHAEL MERRYMAN
TRUST, AND B MERRYMAN AND A
MERRYMAN 4TH GENERATION
REMAINDER TRUST, individually and on
behalf of all others similarly situated                                                        PLAINTIFFS

v.                                     Case No. 5:15-cv-05129-TLB

CITIGROUP, INC., CITIBANK, N.A., and
CITIGROUP GLOBAL MARKETS INC.                                                        DEFENDANTS

## NOTICE OF APPEARANCE

Scott A. Edelman of Milbank, Tweed, Hadley & McCloy LLP hereby enters his appearance on behalf of Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc. and certifies that he is permitted to appear and participate in this case under Local Rule 83.5(d).

MILBANK, TWEED, HADLEY & McCLOY LLP
28 Liberty Street
New York, New York  10005-1413
Telephone:  (212) 530-5000
Facsimile:  (212) 530-5219
sedelman@milbank.com


By: /s/ Scott A. Edelman
        Scott A. Edelman

*Attorneys for Citigroup Inc., Citibank, N.A., and Citigroup Global Markets Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2015, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Amy C. Martin, Esq.
amy@everettfirm.com

/s/ Scott A. Edelman
Scott A. Edelman