UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 04 2015

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

| | |
|---|---|
| BENJAMIN MICHAEL MERRYMAN, AMY WHITAKER MERRYMAN TRUST, BENJAMIN MICHAEL MERRYMAN TRUST, AND B MERRYMAN AND A MERRYMAN 4TH GENERATION REMAINDER TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITIGROUP, INC., CITIBANK, N.A., and Citigroup Global Markets Inc.,<br><br>Defendants. | No. 5:15-cv-05129-TLB |

## MOTION TO APPEAR PRO HAC VICE FOR ETHAN J. BARLIEB

Amy C. Martin, moves under the Local Rule 83.5(d) for the admission *pro hac vice* for Ethan J. Barlieb and in support states:

1.  Mr. Barlieb has been retained by Plaintiffs in this matter.

2.  Mr. Barlieb is a member in good standing of the Bars of the highest courts in the Commonwealth of Pennsylvania and the State of New Jersey, and has been a member in good standing at all times since his admission to the Pennsylvania and New Jersey Bars on December 17, 2007, and December 13, 2007, respectively. His registration number with the New Jersey Bar is 028172007, and his registration number with the Pennsylvania Bar is 205805.

3.  Mr. Barlieb is admitted to practice and is a member in good standing of the

following court: United States District Court for the Eastern District of Pennsylvania and the United States District Court for the District of New Jersey, admitted April 7, 2011 and January 10, 2014, respectively.

4. Mr. Barlieb has read and will comply with the Local Rules of this Court, and agrees to be subject to all rules of the courts of Arkansas. He understands that he is being admitted for the limited purpose of appearing in this case.

5. Mr. Barlieb's contact information is:

> KESSLER TOPAZ MELTZER & CHECK, LLP
> 280 King of Prussia Road
> Radnor, PA 19087
> Tel: (610) 667-7706
> Fax: (610) 667-7056
> Email: ebarlieb@ktmc.com

6. Mr. Barlieb hereby designates Amy C. Martin, who is a member of the bar of this Court and whose contact information is below, as the person with whom the Court can readily communicate regarding this case.

WHEREFORE, Plaintiffs pray that the Court permit Ethan J. Barlieb to appear and participate in the case *pro hac vice* under Local Rule 83.5(d).

Dated: August 4, 2015.

Respectfully Submitted,

**EVERETT WALES & COMSTOCK**

_____
Amy C. Martin
1944 East Joyce Boulevard
P.O. Box 8370
Fayetteville, AR 72703
Telephone: (479) 443-0292
Facsimile: (479) 443-0564
Email: amy@everettfirm.com

*Attorneys for Plaintiff and the Proposed Class*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on August 4, 2015, a true and correct copy of the foregoing document was filed with the Clerk of Court who will cause the foregoing to be filed with the Court's ECF system, which will send notice of such filing to all counsel of record.

_____
Amy C. Martin