UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
AUG 0 4 2015
CHRIS R. JOHNSON, Clerk
By
                    Deputy Clerk

| | |
|---|---|
| BENJAMIN MICHAEL MERRYMAN, AMY WHITAKER MERRYMAN TRUST, BENJAMIN MICHAEL MERRYMAN TRUST, AND B MERRYMAN AND A MERRYMAN 4TH GENERATION REMAINDER TRUST, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | No. 5:15-cv-05129-TLB |
| v. | |
| CITIGROUP, INC., CITIBANK, N.A., and Citigroup Global Markets Inc., | |
| Defendants. | |

## MOTION TO APPEAR PRO HAC VICE FOR JONATHAN F. NEUMANN

Amy C. Martin, moves under the Local Rule 83.5(d) for the admission *pro hac vice* for Jonathan F. Neumann and in support states:

1. Mr. Neumann has been retained by Plaintiffs in this matter.

2. Mr. Neumann is a member in good standing of the Bars of the highest courts in the States of New Jersey, New York and the Commonwealth of Pennsylvania, and has been a member in good standing at all times since his admission to the New Jersey, New York and Pennsylvania Bars on March 24, 2013, March 11, 2014 and March 9, 2015, respectively. His registration number with the New Jersey Bar is 901492012, his registration number with the New York Bar is 5209549, and his registration number with the Pennsylvania Bar is 318287.

3.      Mr. Neumann is admitted to practice and is a member in good standing of the following court: United States District Court for the District of New Jersey, admitted September 18, 2013.

4.      Mr. Neumann has read and will comply with the Local Rules of this Court, and agrees to be subject to all rules of the courts of Arkansas.  He understands that he is being admitted for the limited purpose of appearing in this case.

5.      Mr. Neumann's contact information is:

> KESSLER TOPAZ MELTZER & CHECK, LLP
> 280 King of Prussia Road
> Radnor, PA  19087
> Tel:  (610) 667-7706
> Fax:  (610) 667-7056
> Email:  jneumann@ktmc.com

6.      Mr. Neumann hereby designates Amy C. Martin, who is a member of the bar of this Court and whose contact information is below, as the person with whom the Court can readily communicate regarding this case.

WHEREFORE, Plaintiffs pray that the Court permit Jonathan F. Neumann to appear and participate in the case *pro hac vice* under Local Rule 83.5(d).

Dated:  August 4, 2015.                     Respectfully Submitted,

                                            EVERETT WALES & COMSTOCK

                                            _____
                                            Amy C. Martin
                                            1944 East Joyce Boulevard
                                            P.O. Box 8370
                                            Fayetteville, AR  72703
                                            Telephone: (479) 443-0292
                                            Facsimile: (479) 443-0564
                                            Email: amy@everettfirm.com

                                            *Attorney for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, a true and correct copy of the foregoing document was filed with the Clerk of Court who will cause the foregoing to be filed with the Court's ECF system, which will send notice of such filing to all counsel of record.

_____
Amy C. Martin